United States District Court
Southern District of Texas
**ENTERED**
February 02, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **GEORGE CHIN,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Case No. 2:20-CV-00103 |
| | § | |
| **STARLITE BROADCASTING, LLC,** | § | |
| | § | |
| Defendant. | § | |

## ORDER

Judge Jesse Furman of the Southern District of New York ordered sanctions against Attorney Richard Liebowitz in an opinion and order issued on June 26, 2020 in *Usherson v Bandshell Artist Management*, No. 19-cv-06368 (SDNY). Judge Furman further ordered Liebowitz to provide notice of that order in all pending cases brought by Liebowitz or his firm.

Liebowitz is counsel to Plaintiff George Chin in this action. Liebowitz provided notice to this Court as ordered by Judge Furman on June 27, 2020. (Dkt. No. 12).

The Court is advised that Liebowitz has been suspended on an interim basis with regard to practice in the Southern District of New York during the pendency of disciplinary proceedings against him. *See In the Matter of Richard Liebowitz*, M-2-238 (SDNY).

Under the reciprocal policy of the Southern District of Texas, Liebowitz is **ORDERED** suspended in this action. *See also* Local Rule 83.1A, Local Rules of the United States District Court for the Southern District of Texas.

Liebowitz is **REMOVED** as counsel from this action.

Alternate counsel has already provided notice of appearance for Chin. (Dkt. No. 16).

2

It is SO ORDERED.

SIGNED this February 2, 2021.

                                                                                      _____
                                                                                       **DREW B. TIPTON**
                                                                      **UNITED STATES DISTRICT JUDGE**